IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH G. ALCALA,

    Petitioner,                    No. CIV S-08-2455 DAD P

    vs.

BOARD OF PAROLE HEARINGS,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se. In accordance with this court's November 13, 2008 order, petitioner has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's November 25, 2008 amended petition for a writ of habeas corpus within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all

/////

transcripts or other documents relevant to the determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

   2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

   3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

   4. The Clerk of the Court shall serve a copy of this order, a copy of petitioner's November 25, 2008 amended petition for a writ of habeas corpus, and a copy of the form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: December 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
alca2455.100f

2