IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH G. ALCALA,

    Petitioner,                               No. CIV S-08-2455 JAM DAD P

    vs.

BOARD OF PAROLE HEARINGS,

    Respondent.                           <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a reply to respondent's answer pursuant to the court's order of December 10, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 2, 2009, request for an extension of time (Doc. No. 18) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a reply to respondent's answer.

DATED: March 10, 2009.

                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
alca2455.111t